OHIO RIVER R. CO. v. SHANNON. (Circuit Court of Appeals, Fourth Circuit. May 5, 1903.) No. 461. In Error to the Circuit Court of the United States for the Northern District of West Virginia. H. P. Camden, for plaintiff in error. V. B. Archer, for defendant in error. Before GOFF, Circuit Judge, and BRAWLEY and BOYD, District Judges.

PER CURIAM. We find no error in the judgment complained of. The same is affirmed.

---

READ v. HALE. (Circuit Court of Appeals, First Circuit. April 17, 1903.) No. 460. In Error to the Circuit Court of the United States for the District of Rhode Island. Lewis S. Dabney and Cyrus M. Van Slyck (Charles C. Mumford, on the brief), for plaintiff in error. M. H. Boutelle (Robert W. Burbank and Eben Winthrop Freeman, on the brief), for defendant in error. Before COLT, Circuit Judge, and ALDRICH and HALE, District Judges.

PER CURIAM. This case is governed by the conclusion reached in Tyler v. Hale, Receiver, infra, in which a per curiam opinion was handed down this day. The judgment of the Circuit Court is reversed, and the case is remanded to that court for further proceedings not inconsistent with this opinion.

---

In re SLIMMAN. (Circuit Court of Appeals, Second Circuit. May 4, 1903.) No. 176. Appeal from the District Court of the United States for the Southern District of New York. E. Frayer, for appellant. E. Putney, for appellee. Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges. Appeal dismissed, the court holding that petition for review is the only remedy.

---

TYLER v. HALE. (Circuit Court of Appeals, First Circuit. April 17, 1903.) No. 450. In Error to the Circuit Court of the United States for the District of Massachusetts. See 115 Fed. 833. Heman W. Chaplin (John P. Wyman on the brief), for plaintiff in error. M. H. Boutelle (William E. Hale and Eben Winthrop Freeman, on the brief), for defendant in error. Before COLT, Circuit Judge, and ALDRICH and BROWN, District Judges.

PER CURIAM. The record in this case raises the fundamental question of the right of a receiver of this class to institute and maintain proceedings in a foreign jurisdiction to enforce stockholder liability. That precise question has been determined adversely to such right by the Supreme Court. Hale v. Allinson (decided January 19, 1903) 23 Sup. Ct. 244, 47 L. Ed. ——. We must accept such determination of the question by the Supreme Court as authoritatively controlling here. The judgment of the Circuit Court is reversed, and the case is remanded to that court for further proceedings not inconsistent with this opinion.

---

UNITED STATES v. GABRIEL et al. (Circuit Court of Appeals, Second Circuit. January 22, 1901.) No. 2,793. Appeal from the Circuit Court of the United States for the Southern District of New York. For opinion below, see 99 Fed. 716. D. Frank Lloyd, Asst. U. S. Atty. W. Wickham Smith, for appellees. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

PER CURIAM. Affirmed in open court.